**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

2011 OCT 13 PM 12:14

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>BY_____ Plaintiff,<br><br>vs.<br><br>RAFAEL JUAREZ (1),<br><br>Defendant. | CASE NO. 11CR3168-BEN<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense as charged in the Information:

TITLE 21 U.S.C. §952 AND 960.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 12, 2011

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE